# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JOSE ORLANDO CASCO ALAS,

          Petitioner,

    v.

WARDEN, DESERT VIEW ANNEX, ADELANTO DETENTION FACILITY, et al.

          Respondents.

No. 5:26-CV-1897 VBF (DSR)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  No objections have been received.  Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

The Court hereby ORDERS as follows:

(1)    the Petition for Writ of Habeas Corpus (Doc. No. 1) is GRANTED. Pursuant to 28 U.S.C. § 2241, Respondents, their officers, agents, servants, employees, attorneys, and other persons who are in active concert or participation with Respondents are hereby ORDERED to release Petitioner immediately from detention on reasonable terms of supervision pursuant to 28 U.S.C. § 1231(a)(3), (6);

(2) to the extent Petitioner seeks in the Petition, however, any relief related to hypothetical third-country removal and conditions on hypothetical future re-detention of Petitioner, such relief is DENIED;

(3) Respondents are ORDERED to file a status report no later than 5:00 p.m. two days after the date of this Order confirming that they have released Petitioner; and

(4) any request for costs and fees may be filed in compliance with Local Rules 54-2, 54-7 and applicable substantive law.

Judgment shall be entered on a separate form concurrently herewith. The Clerk shall serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation, and the Judgment herein on Petitioner, Petitioner's counsel, and on counsel for Respondents.

IT IS SO ORDERED.

Date: May 1, 2026 _____

HON. VALERIE BAKER FAIRBANK
Senior UNITED STATES DISTRICT JUDGE

2